**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10–19694–LT7**

# UNITED STATES BANKRUPTCY COURT
Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 11/3/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Antonio Reyes<br>1987 Coltrane Place<br>Escondido, CA 92027 | Maridell Reyes<br>1987 Coltrane Place<br>Escondido, CA 92027 |
| Case Number:<br>10–19694–LT7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–7482<br>xxx–xx–5563 |
| Attorney for Debtor(s) (name and address):<br>Julian McMillan<br>McMillan Law Group<br>5402 Ruffin Road, Suite 250<br>San Diego, CA 92123<br>Telephone number: 858–499–8951 | Bankruptcy Trustee (name and address):<br>Ronald E. Stadtmueller<br>10755 Scripps Poway Pkwy., #370<br>San Diego, CA 92131<br>Telephone number: 858–564–9310 |

### Meeting of Creditors
Date: **December 8, 2010**        Time: **01:00 PM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 1360, Hearing Room A, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 2/7/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991<br>Telephone number: 619–557–5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 11/4/10 |

## EXPLANATIONS

FORM B9A (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| United States Bankruptcy Court | Case Number |
|---|---|
| Southern District of California | 10−19694−LT7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 11/3/10, the following person is named Interim Trustee of the estate of the debtor:

Ronald E. Stadtmueller
10755 Scripps Poway Pkwy., #370
San Diego, CA 92131

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 45 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated: 11/4/10                              Southern District of California

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: hshowley              Page 1 of 2                  Date Rcvd: Nov 04, 2010
Case: 10-19694                Form ID: b9a                Total Noticed: 30
```

The following entities were noticed by first class mail on Nov 06, 2010.
```
db/jdb       +Antonio Reyes,    Maridell Reyes,    1987 Coltrane Place,    Escondido, CA 92027-4137
aty          +Julian McMillan,    McMillan Law Group,    5402 Ruffin Road, Suite 250,    San Diego, CA 92123-1318
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
              San Diego, CA 92108-4424
smg           Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
              Center Valley, PA 18034-0520
smg          +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
              Sacramento, CA 94280-0001
smg          +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
12545680     +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
12545685   ++++CAVALRY PORTFOLIO SERV (ORIGINAL CR,    7 SKYLINE DR STE 350,    HAWTHORNE NY 10532-5101
             (address filed with court:  Cavalry Portfolio Serv (Original Cr,    7 Skyline Dr Ste 3,
              Hawthorne, NY 10532)
12545683     +Ca Bus Bur (Original Creditor:Medic,    1711 S Mountain Av,    Monrovia, CA 91016-4256
12545684     +California Business Bu (Original Cr,    4542 Ruffner St Ste 160,    San Diego, CA 92111-2238
12545689     +Jovito & Jean Martinez Delgado,    C/O Stilwell & Associates,    4669 Murphy Canyon Rd Ste 200,
              San Diego, CA 92123-4333
12545690     +Main Street Acquisiton (Original Cr,    3950 Johns Creek Ct Ste,    Suwanee, GA 30024-1296
12545691     +Nationwide Recovery Sy (Original Cr,    2304 Tarpley Rd Ste 134,    Carrollton, TX 75006-2470
12545692     +Plusfour Inc. (Original Creditor:Lo,    6345 S Pecos Rd Ste 212,    Las Vegas, NV 89120-6224
12545693     +Prog Mgt Sys (Original Creditor:Med,    1521 W. Cameron Av First Floor,
              West Covina, CA 91790-2738
12545694     +Progressive Mgmt Syste (Original Cr,    1521 W Cameron Ave Fl 1,    West Covina, CA 91790-2738
12545695     +Quantum Collections (Original Credi,    3224 Civic Center Dr,    North Las Vegas, NV 89030-4506
12545696     +Real Time Resolutions,    1750 Regal Row,    Dallas, TX 75235-2289
12545697     +Us Bk Rms Cc,    205 W 4th St,    Cincinnati, OH 45202-4824
```
The following entities were noticed by electronic transmission on Nov 05, 2010.
```
tr           +EDI: QRSTADTMUELLER.COM Nov 04 2010 21:43:00       Ronald E. Stadtmueller,
              10755 Scripps Poway Pkwy., #370,    San Diego, CA 92131-3924
smg          +EDI: EDD.COM Nov 04 2010 21:43:00      Employment Develop. Dept., State of CA,
              Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Nov 04 2010 21:43:00      Franchise Tax Board,    Attn: Bankruptcy,
              P.O. Box 2952,    Sacramento, CA 95812-2952
ust           E-mail/Text: ustp.region15@usdoj.gov                             United States Trustee,
              Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA 92101-8511
12545679      EDI: HNDA.COM Nov 04 2010 21:43:00      American Honda Finance,    6261 Katella Ave Ste 1a,
              Cypress, CA 90630
12545682      EDI: BMWFINANCIAL.COM Nov 04 2010 21:43:00      Bmw Financial Services,    5515 Parkcenter Cir,
              Dublin, OH 43017
12545681     +EDI: BANKAMER2.COM Nov 04 2010 21:43:00      Bank Of America,    Po Box 17054,
              Wilmington, DE 19850-7054
12545686      EDI: CHASE.COM Nov 04 2010 21:43:00      Chase,    Po Box 1093,    Northridge, CA 91328
12545687     +EDI: CMIGROUP.COM Nov 04 2010 21:43:00      Credit Management Lp (Original Cred,
              4200 International Pkwy,    Carrollton, TX 75007-1912
12545688     +EDI: DISCOVER.COM Nov 04 2010 21:43:00      Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
12545698     +E-mail/Text: vci.bkcy@vwcredit.com                             Vw Credit Inc,    1401 Franklin Blvd,
              Libertyville, IL 60048-4460
12545699     +EDI: WFFC.COM Nov 04 2010 21:43:00      Wells Fargo,    Po Box 5445,    Portland, OR 97228-5445
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          United States Trustee,    Office of the U.S. Trustee,    402 West Broadway, Ste. 600,
              San Diego, CA 92101-8511
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0974-3         User: hshowley            Page 2 of 2                  Date Rcvd: Nov 04, 2010
Case: 10-19694               Form ID: b9a              Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 06, 2010**                    **Signature:**     _Joseph Speetjens_